DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PRECILIANO QUINTANA-SOLORIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-0159 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| v. | ) | |
| PRECILIANO QUINTANA-SOLORIO, | ) | Date: June 11, 2010 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael D. Anderson, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant PRECILIANO QUINTANA-SOLORIO, that the status conference scheduled for June 11, 2010, be vacated and the matter continued until July 2, 2010, for further status conference at the request of the defense.

A pre-plea presentence report has been prepared recently, but government counsel has not had sufficient time to review it and to present a plea offer for consideration by the defense. Defense counsel

1  requests this continuance in order to permit such an offer to be
2  formulated and reviewed with Mr. Quintana-Solorio.
3     **IT IS FURTHER STIPULATED** that time for trial under the Speedy
4  Trial Act be excluded between June 11, 2010, and July 2, 2010, pursuant
5  to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.
6     **IT IS SO STIPULATED.**

8  Date:  June 10, 2010              /s/ Michael D. Anderson
                                     MICHAEL D. ANDERSON
9                                    Assistant United States Attorney
                                     Counsel for Plaintiff

11
   Date:  June 10, 2010              DANIEL J. BRODERICK
12                                   Federal Defender

14                                    /s/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
                                     Assistant Federal Defender
15                                   Counsel for Defendant
                                     PRECILIANO QUINTANA-SOLORIO

17                              **O R D E R**

19     **IT IS SO ORDERED.**
20                 By the Court,
21 Dated:  June 11, 2010

23                                   _____
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge

Stipulation and Order              -2-