```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PRECILIANO QUINTANA-SOLORIO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-0159 GEB |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| v. ) | |
| PRECILIANO QUINTANA-SOLORIO, ) | Date: July 2, 2010 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael D. Anderson, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant PRECILIANO QUINTANA-SOLORIO, that the status conference scheduled for July 2, 2010, be vacated and the matter continued until July 23, 2010, for further status conference at the request of the defense.

A pre-plea presentence report has been prepared recently, but government counsel has not had sufficient time to review it and to present a plea offer for consideration by the defense.  Defense counsel

1  requests this continuance in order to permit such an offer to be
2  formulated and reviewed with Mr. Quintana-Solorio.
3      **IT IS FURTHER STIPULATED** that time for trial under the Speedy
4  Trial Act be excluded between July 2, 2010, and July 23, 2010, pursuant
5  to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.
6      **IT IS SO STIPULATED.**

8  Date:  July 2, 2010              /s/ Michael D. Anderson
                                    MICHAEL D. ANDERSON
9                                   Assistant United States Attorney
                                    Counsel for Plaintiff

11
12 Date:  July 2, 2010              DANIEL J. BRODERICK
                                    Federal Defender

14                                   /s/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
15                                  Counsel for Defendant
                                    PRECILIANO QUINTANA-SOLORIO

                              **O R D E R**

19      **IT IS SO ORDERED.**
20              By the Court,

21 Dated:  July 7, 2010

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

Stipulation and Order            -2-