```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   PRECILIANO QUINTANA-SOLORIO
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-0159 GEB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME** |
| v. | ) | |
| PRECILIANO QUINTANA-SOLORIO, | ) | Date: September 10, 2010 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant PRECILIANO QUINTANA-SOLORIO, that the status conference scheduled for September 10, 2010, be vacated and the matter be continued until October 8, 2010, for further status conference at the request of the defense.

A pre-plea presentence report has been prepared, but not in time for government counsel to review it and present a plea offer for consideration by the defense before the September 10, 2010 status conference. Defense counsel requested this continuance in order to

1  permit such an offer to be received and reviewed with Mr. Quintana-
2  Solorio.
3      **IT WAS AND IS FURTHER STIPULATED** that time for trial under the
4  Speedy Trial Act be excluded between September 10, 2010, and October 8,
5  2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.
6      **IT IS SO STIPULATED.**

8  Date:  September 7, 2010          /s/ Michele Beckwith
                                     MICHELE BECKWITH
9                                    Assistant United States Attorney
                                     Counsel for Plaintiff

11
12 Date:  September 7, 2010          DANIEL J. BRODERICK
                                     Federal Defender

14                                    /s/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
                                     Assistant Federal Defender
15                                   Counsel for Defendant
                                     PRECILIANO QUINTANA-SOLORIO

18                            **O R D E R**

20      **IT IS SO ORDERED.**
21 Dated:  September 8, 2010

                                     _/s/ Garland E. Burrell, Jr._
23                                   GARLAND E. BURRELL, JR.
                                     United States District Judge

Stipulation and Order            -2-