DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PRECILIANO QUINTANA-SOLORIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PRECILIANO QUINTANA-SOLORIO,<br><br>　　　　Defendant. | No. 2:10-cr-0159 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME**<br><br>Date:　October 8, 2010<br>Time:　9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant PRECILIANO QUINTANA-SOLORIO, that the status conference scheduled for October 8, 2010, be vacated and the matter be continued until October 29, 2010, for further status conference at the request of the defense.

　A pre-plea presentence report has been prepared, and a plea offer has been presented; however, counsel recently an issue has arisen which may affect the guideline computations and the plea offer and which

requires investigation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between October 8, 2010, and October 29, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

**IT IS SO STIPULATED.**

Date:  October 6, 2010          /s/ Michele Beckwith
                                MICHELE BECKWITH
                                Assistant United States Attorney
                                Counsel for Plaintiff

Date:  October 6, 2010          DANIEL J. BRODERICK
                                Federal Defender

                                 /s/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Counsel for Defendant
                                PRECILIANO QUINTANA-SOLORIO

**O R D E R**

**IT IS SO ORDERED.**

Dated:  October 7, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order            -2-