DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PRECILIANO QUINTANA-SOLORIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:10-cr-0159 GEB |
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING CASE AND EXCLUDING TIME** |
| v. | ) |
| PRECILIANO QUINTANA-SOLORIO, | ) Date: October 29, 2010 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant PRECILIANO QUINTANA-SOLORIO, that the status conference scheduled for October 29, 2010, be vacated and the matter be continued until December 10, 2010, for further status conference at the request of the defense.

A pre-plea presentence report has been prepared, and a plea offer has been presented; however, counsel is actively investigating an issue related to criminal history calculations potentially affects the guideline computations and the plea offer.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between October 29, 2010, and December 10, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

**IT IS SO STIPULATED.**

Date:  October 28, 2010               /s/ Michele Beckwith
                                      MICHELE BECKWITH
                                      Assistant United States Attorney
                                      Counsel for Plaintiff

Date:  October 28, 2010               DANIEL J. BRODERICK
                                      Federal Defender

                                       /s/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
                                      Assistant Federal Defender
                                      Counsel for Defendant
                                      PRECILIANO QUINTANA-SOLORIO

**O R D E R**

**IT IS SO ORDERED.**

Dated:  October 28, 2010

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

Stipulation and Order              -2-