```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PRECILIANO QUINTANA-SOLORIO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-0159 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME** |
| v. | |
| PRECILIANO QUINTANA-SOLORIO, | Date:  December 10, 2010 |
| | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant PRECILIANO QUINTANA-SOLORIO, that the status conference scheduled for December 10, 2010, be vacated and the matter be continued until December 17, 2010, for further status conference at the request of the defense.

A pre-plea presentence report has been prepared, and a plea offer has been presented; however, counsel is actively investigating an issue related to criminal history calculations potentially affects the guideline computations and the plea offer.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between December 10, 2010, and December 17, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

**IT IS SO STIPULATED.**

Date:  December 9, 2010          /s/ Michele Beckwith
                                 MICHELE BECKWITH
                                 Assistant United States Attorney
                                 Counsel for Plaintiff

Date:  December 9, 2010          DANIEL J. BRODERICK
                                 Federal Defender

                                  /s/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 PRECILIANO QUINTANA-SOLORIO

**O R D E R**

**IT IS SO ORDERED.**

Dated:  December 10, 2010

                                 _____
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge

Stipulation and Order            -2-