```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PRECILIANO QUINTANA-SOLORIO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-0159 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME** |
| v. | |
| PRECILIANO QUINTANA-SOLORIO, | Date: February 18, 2011<br>Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant PRECILIANO QUINTANA-SOLORIO, that the status conference scheduled for February 18, 2011, be vacated and the matter be continued until March 18, 2011, for further status conference at the request of the defense.

A pre-plea presentence report has been prepared, and a plea offer has been presented; however, further consultation with Mr. Quintana is needed with regard to the results of investigation into an issue related to criminal history calculations potentially affecting the guideline

computations and the plea offer.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between February 18, 2011, and March 18, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

**IT IS SO STIPULATED.**

Date:  February 17, 2011          /s/ Michele Beckwith
                                  MICHELE BECKWITH
                                  Assistant United States Attorney
                                  Counsel for Plaintiff


Date:  February 17, 2011          DANIEL J. BRODERICK
                                  Federal Defender

                                   /s/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  PRECILIANO QUINTANA-SOLORIO


**O R D E R**

**IT IS SO ORDERED.**

Dated:  February 18, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order            -2-