DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PRECILIANO QUINTANA-SOLORIO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-0159 GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) | **CONTINUING CASE AND EXCLUDING TIME** |
| v. ) | |
| ) | |
| PRECILIANO QUINTANA-SOLORIO, ) | Date: FEBRUARY 18, 2011 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant PRECILIANO QUINTANA-SOLORIO, that that time for trial under the Speedy Trial Act be excluded between January 28, 2011, and February 18, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

This stipulation effectuates an oral stipulation that resulted in the status conference scheduled for January 28, 2011, being vacated and the matter continued until February 18, 2011. A written stipulation was inadvertently not filed contemporaneously with the agreed upon

continuance of the case.

**IT IS SO STIPULATED.**

Date:  February 17, 2011          /s/ Michele Beckwith
                                  MICHELE BECKWITH
                                  Assistant United States Attorney
                                  Counsel for Plaintiff


Date:  February 17, 2011          DANIEL J. BRODERICK
                                  Federal Defender

                                   /s/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  PRECILIANO QUINTANA-SOLORIO


**O R D E R**

**IT IS SO ORDERED.**

Dated:  February 18, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order          -2-