DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PRECILIANO QUINTANA-SOLORIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-0159 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME** |
| v. | |
| PRECILIANO QUINTANA-SOLORIO, | Date:  March 18, 2011 |
| | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant PRECILIANO QUINTANA-SOLORIO, that the status conference scheduled for March 18, 2011, be vacated and the matter be continued until April 1, 2011, for further status conference at the request of the defense.

A pre-plea presentence report has been prepared, and a plea offer has been presented; however, further consultation with Mr. Quintana is needed with regard to the results of investigation into an issue related to criminal history calculations potentially affecting the guideline

computations and the plea offer.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between March 18, 2011, and April 1, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

**IT IS SO STIPULATED**.

Date:  March 17, 2011          /s/ Michele Beckwith
                               MICHELE BECKWITH
                               Assistant United States Attorney
                               Counsel for Plaintiff

Date:  March 17, 2011          DANIEL J. BRODERICK
                               Federal Defender

                                /s/ Jeffrey L. Staniels
                               JEFFREY L. STANIELS
                               Assistant Federal Defender
                               Counsel for Defendant
                               PRECILIANO QUINTANA-SOLORIO

**O R D E R**

**IT IS SO ORDERED.**

Dated:  March 21, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order            -2-