DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PRECILIANO QUINTANA-SOLORIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-0159 GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) | **CONTINUING CASE AND EXCLUDING TIME** |
| v. ) | |
| ) | |
| PRECILIANO QUINTANA-SOLORIO, ) | Date:  April 1, 2011 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant PRECILIANO QUINTANA-SOLORIO, that the status conference scheduled for April 1, 2011, be vacated and the matter be continued until April 29, 2011, for further status conference at the joint request of the parties.

A pre-plea presentence report has been prepared, and a plea offer has been presented and accepted by Mr. Quintana-Solorio.  Review of the Pre-plea presentence report by government counsel disclosed an apparent miscomputation affecting the computed range.  The parties seek to refer

1  that matter to the probation office and modify the presentence report as
2  may be appropriate.  The specific date sought accounts for periods of
3  unavailability of the court and of defense counsel.
4      **IT IS FURTHER STIPULATED** that, because additional time is needed to
5  review these changes and discuss them with Mr. Quintana-Solorio, time for
6  trial under the Speedy Trial Act should be excluded between April 1,
7  2011, and April 29, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) &
8  (B)(iv), Local Code T-4.
9      **IT IS SO STIPULATED.**

Date:  March 31, 2011          /s/ Michele Beckwith
                               MICHELE BECKWITH
                               Assistant United States Attorney
                               Counsel for Plaintiff


Date:  March 31, 2011          DANIEL J. BRODERICK
                               Federal Defender

                                /s/ Jeffrey L. Staniels
                               JEFFREY L. STANIELS
                               Assistant Federal Defender
                               Counsel for Defendant
                               PRECILIANO QUINTANA-SOLORIO


**O R D E R**


**IT IS SO ORDERED.**

Dated:  April 1, 2011

                               _____
                               GARLAND E. BURRELL, JR.
                               United States District Judge

Stipulation and Order              -2-